# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1565

STEPHEN P. TROY, JR.,

                Plaintiff-Appellant,

v.

SAMSON MANUFACTURING CORPORATION,

                Defendant-Appellee.

Appeal from the United States District Court for the District of Massachusetts in case no. 11-CV-10384, Judge William G. Young.

Authorized Abbreviated Caption[2]

TROY V SAMSON MANUFACTURING CORP., LLP, 2013-1565

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.