Form 8

FORM 8. Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

STEPHEN P. TROY, JR.    v.    SAMSON MANUFACTURING CORPORATION

No. 2013-1565

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   SAMSON MANUFACTURING CORPORATION
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

- Name: LAURA L. CARROLL
- Law firm: BURNS & LEVINSON LLP
- Address: 125 SUMMER STREET
- City, State and ZIP: BOSTON, MA 02110
- Telephone: 617-345-3000
- Fax #: 617-345-3299
- E-mail address: lcarroll@burnslev.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 25, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/19/2013
Date

_/s/ Laura L. Carroll_
Signature of pro se or counsel

cc: Damian Laplaca, Esq.

123

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Aug 19, 2013
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Zachary R. Gates | /s/ Zachary R. Gates |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Burns & Levinson LLP
Address: 125 Summer Street
City, State, ZIP: Boston, MA 02110
Telephone Number: 617-345-3000
FAX Number: 617-345-3299
E-mail Address: zgates@burnslev.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.