Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

STEPHEN P. TROY, JR.         v.  SAMSON MANUFACTURING CORPORATION

No. 2013-1565

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   Stephen P. Troy, Jr.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Damian R. LaPlaca |
| Law firm: | Nelson Kinder + Mosseau PC |
| Address: | Two Oliver Street |
| City, State and ZIP: | Boston, Massachusetts 02109 |
| Telephone: | 617.778.7500 |
| Fax #: | 617.778.7501 |
| E-mail address: | dlaplaca@nkmlawyers.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

_8/28/13_                                         _[signature]_
Date                                              Signature of pro se or counsel

cc: Laura Carroll, Esq.

123

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Aug 28, 2013 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| Damian R. LaPlaca | /s/ Damian R. LaPlaca |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Nelson Kinder + Mosseau PC

Address: Two Oliver Street

City, State, ZIP: Boston, Massachusetts 02109

Telephone Number: 617.778.7500

FAX Number: 617.778.7501

E-mail Address: dlaplaca@nkmlawyers.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.