NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN P. TROY, JR.,**
*Plaintiff-Appellant,*

v.

**SAMSON MANUFACTURING CORPORATION,**
*Defendant-Appellee.*

---

2013-1565

---

Appeal from the United States District Court for the District of Massachusetts in No. 11-CV-10384, Judge William G. Young.

---

**ON MOTION**

---

**O R D E R**

Stephen P. Troy, Jr. moves for a 30-day extension of time to file his principal brief, and for a 21-day extension of time for Samson Manufacturing Corporation to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Stephen P. Troy, Jr.'s principal brief is due November 14, 2013 and Samson Manufacturing Corporation's principal brief is due January 14, 2014.

                                                FOR THE COURT

                                           /s/ Daniel E. O'Toole
                                               Daniel E. O'Toole
                                               Clerk

s27