# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1565

STEPHEN P. TROY, JR.,

                   Plaintiff-Appellant,

vs.

SAMSON MANUFACTURING CORPORATION,

                   Defendant-Appellee.

### Appellee's Assented-to Motion for Extension of Time for Filing Briefs

The Appellee, Samson Manufacturing Corporation, by and through its attorneys, Burns & Levinson LLP, respectfully requests that this Court enlarge by eight (8) days the time for Appellee to file its appellate brief. Counsel for the Appellant, Stephen P. Troy, Jr., assents to this request, on the condition that Appellee assent to a corresponding eight (8) day extension for Appellant to file his reply brief, which would otherwise be due fourteen (14) days after Appellee's brief, under Fed. R. App. P. 31(a)(2). Appellee has agreed to Appellant's condition.

Appellee's Brief is currently due to be filed on January 14, 2014. Appellee requests an eight (8) day extension from January 14, 2014, to and including January 22, 2014, to file its brief. The corresponding extension requested by Appellant will extend by eight (8) days the time for Appellant to file his reply brief, so that it will now be due on February 13, 2014, twenty-two (22) days after service of Appellee's brief.

Appellee is seeking this short extension of time because on very short notice, Zachary Gates, one of the attorneys involved in drafting Appellee's brief, has had to prepare for, and travel to San Jose, California, this week for a motion hearing in another matter. Because of the travel time alone, Mr. Gates will be out of the office most of this week, the week before

Appellee's brief is currently due. The record in this appeal, which includes a voluminous record before both the Board of Patent Appeals and Interferences and the U.S. District Court, has been extensively reviewed by Mr. Gates in particular, and he is also responsible for drafting specific portions of Appellee's brief. As a result, Appellee is requesting a short, eight (8) day extension of time to prepare and file its brief.

In accordance with Fed. Cir. Rule 26(b)(4)(D), Appellee states that this is Appellee's first motion for an extension of time in this appeal. Previously, Appellant had requested, and this Court had granted, a thirty (30) day extension of time for Appellant to file his appellate brief. (*See* Document 11, filed September 18, 2013.) In Appellant's motion for extension, Appellee had also requested, and this Court had granted, a twenty-one (21) day extension of time for Appellee to file its appellate brief. If the extension now being requested by Appellee is granted, this will mean that Appellee will have received a total of twenty-nine (29) days of extension for its appellate brief.

WHEREFORE, Appellee Samson Manufacturing Corporation respectfully requests that the time within which it must file its brief be extended by eight (8) days up to and including January 22, 2014, and Appellant Stephen P. Troy, Jr. requests a corresponding eight (8) day extension of time to file his reply brief, for a total of twenty-two (22) days to file his reply, or to February 13, 2014.

        Respectfully submitted,

        Defendant-Appellee,

        SAMSON MANUFACTURING CORPORATION,

        By its attorneys,

        /s/ Laura L. Carroll
        Laura L. Carroll
        Zachary R. Gates
        Burns & Levinson LLP
        125 Summer Street
        Boston, MA  02110
        Tel.: (617) 345-3000
        Fax:  (617) 345-3299
Dated:  January 7, 2014        lcarroll@burnslev.com

# **CERTIFICATE OF INTEREST**

Counsel for Appellee, Samson Manufacturing Corporation, certifies the following:

1. The full name of every party or amicus curiae represented by me is:

    Samson Manufacturing Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

    None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by us are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by us in the trial court or agency or are expected to appear in this Court are:

    Burns & Levinson LLP (Laura L. Carroll, Zachary R. Gates, Robert J. O'Regan, Howard J. Susser).


Dated: January 7, 2014                /s/ Laura L. Carroll
                                      Laura L. Carroll
                                      Burns & Levinson LLP

                                      *Counsel for Defendant-Appellee*
                                      *Samson Manufacturing Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2014, I caused a copy of the foregoing to be served by ECF Service upon the following individual as indicated below:

Damian R. LaPlaca  
Nelson Kinder + Mosseau PC  
Two Oliver Street  
Boston, MA  02109  
Tel.:  (617) 778-7500  
Fax:  (617) 406-7501  
Email:  dlaplaca@nkmlawyers.com

                                /s/ Laura L. Carroll  
                                Laura L. Carroll

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1565

STEPHEN P. TROY, JR.,

                        Plaintiff-Appellant,

vs.

SAMSON MANUFACTURING CORPORATION,

                        Defendant-Appellee.

## ORDER

Upon consideration of Appellee's Assented-to Motion for Extension of Time for Filing Briefs, it is this _____ of _____, 2014, by the United States Court of Appeals for the Federal Circuit,

ORDERED, that the time within which Appellee must file its brief is extended by eight (8) days to and including January 22, 2014, and that the time within which Appellant may file his reply brief is extended by eight (8) days to and including February 13, 2014.

                        For the Court:

                        _____